UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOHEIL ZAERPOUR, The People of the United States of America,

                Plaintiff,

-against-

UBS GROUP AG, et al.,

                Defendants.

22-CV-7232 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    The Court is in receipt of Plaintiff's letter requesting an additional 60 days to pay the filing fee. (ECF No. 8.) His request is denied. The filing fees in this action are due by December 12, 2022. If Plaintiff does not pay the filing fees by that date, the action will be dismissed without prejudice.

SO ORDERED.

Dated:   December 2, 2022
            New York, New York

                                      /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                      Chief United States District Judge