UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOHEIL ZAERPOUR,

                Plaintiff,

-against-

UBS GROUP AG, ET AL,

                Defendants.

22-CV-7232 (LTS)

CIVIL JUDGMENT

For the reasons stated in the December 21, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  December 21, 2022
         New York, New York

                                        /s/ Laura Taylor Swain
                                       LAURA TAYLOR SWAIN
                                  Chief United States District Judge